# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MIKMAR, INC. and MICHAEL'S INC. DBA LAMALFA CENTRE AND VINE BEVERAGE AND CATERERS,<br><br>Plaintiffs,<br><br>v.<br><br>WESTFIELD INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:20-cv-01313-JG<br><br>**DEFENDANT WESTFIELD INSURANCE COMPANY'S MOTION (I) TO DISMISS THE CLASS ACTION COMPLAINT; AND (II) ALTERNATIVELY, TO STRIKE THE CLASS ALLEGATIONS**<br><br>ORAL ARGUMENT REQUESTED |

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 23(d)(1)(D), Defendant Westfield Insurance Company respectfully moves this Court (i) to dismiss Plaintiffs' Class Action Complaint against Westfield for failure to state a claim upon which relief can be granted; or (ii) in the alternative, to strike Plaintiffs' class allegations. The grounds for this Motion are more fully set forth in the supporting brief, which Westfield attaches to the Motion and incorporates by reference. Oral argument is requested.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Dated: June 19, 2020   By:   */s/* John J. Haggerty
John J. Haggerty (0073572)
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com
*Attorney for Defendant*
*Westfield Insurance Company*