# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MIKMAR, INC., *et al.*, | ) | Case No. 1:20-CV-01313 |
| | ) | |
| Plaintiffs, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | William H. Baughman, Jr. |
| WESTFIELD INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **JUDGMENT**

The Court filed its Opinion and Order in this matter.  Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  February 17, 2021

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio